IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 23-21 |
| | : | |
| CHRISTOPHER DANIELS | : | |

### ORDER

AND NOW, this 8th day of March, 2024, upon consideration of Defendant Christopher Daniels' Motion to Suppress, the Government's Response in Opposition, and the evidence presented at the February 14, 2024 evidentiary hearing, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motion (ECF No. 33) is DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.