IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 23-21 |
| | : | |
| CHRISTOPHER DANIELS | : | |

**<u>ORDER</u>**

AND NOW, this 12th day of March, 2024, upon consideration of Defendant Christopher Daniels' Motion to Dismiss (ECF No. 40), the Government's Response in Opposition, and the parties' arguments at the March 5, 2024 pre-trial conference, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motion is DENIED.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.